**Chantommie McBRIDE,**
**Plaintiff–Appellant,**

v.

**Steve JONES, Sergeant, Anderson County Sheriff's Office; Bannister, Anderson County Sheriff's Office; C.J. Fuller, Iver Police Department; Colenna Lynn Hamby; Harvey Samuel Garland; Ralf Allen Gesell, Defendants–Appellees.**

No. 02–7075.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 23, 2002.

Decided Nov. 20, 2002.

Chantommie McBride, Appellant Pro Se.

Before TRAXLER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Chantommie McBride appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*